260 So.2d 320

**George GULOTTA et al.**

v.

**Lelia O. CUTSHAW.**

No. 52364.

April 18, 1972.

that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.